**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Collins Kusi SAKYI, a/k/a CK, a/k/a Kwame Kusi, a/k/a Quan, Defendant–Appellant.**

No. 08–7561.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 16, 2009.

Collins Kusi Sakyi, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

*Unpublished opinions are not binding precedent in this circuit.*

PER CURIAM:

Collins Kusi Sakyi seeks to appeal the district court's order denying his motions for reconsideration of the court's rejection of his motion to supplement or amend his 28 U.S.C. § 2255 (2006) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Sakyi seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*